**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PenangBenny Consulting, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3844934** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **142 Bailey Road** <br> **Rocky Hill, CT 06067-2212** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hartford** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **PenangBenny Consulting, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5415__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor    **PenangBenny Consulting, LLC**
Name _____

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other  **Computer equipment and office technology located at 55 Capital Boulevard and 10 Mark Lane in Rocky Hill, CT.**

**Where is the property?**    **55 Capital Boulevard**
**2nd Floor**
**Rocky Hill, CT, 06067-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.    Insurance agency    **Unknown**

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **PenangBenny Consulting, LLC**
Name                                                              Case number (*if known*)

■ $500,001 - $1 million

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **PenangBenny Consulting, LLC**                                   Case number (*if known*) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/01/2023**
              MM / DD / YYYY

**X** **/s/ Loon-Kar Tan**                                **Loon-Kar Tan**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ MarcAnthony Bonanno**                    Date   **06/01/2023**
Signature of attorney for debtor                           MM / DD / YYYY

**MarcAnthony Bonanno**
Printed name

**McCarter & English, LLP**
Firm name

**CityPlace I**
**185 Asylum St.**
**Hartford, CT 06103**
Number, Street, City, State & ZIP Code

Contact phone   **212-609-6801**       Email address   **mbonanno@mccarter.com**

**CT30993**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:      DISTRICT OF CONNECTICUT

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration      _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **06/01/2023**

X **/s/ Loon-Kar Tan**
Signature of individual signing on behalf of debtor

**Loon-Kar Tan**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................................... $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................................. $     994,652.83

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................................. $     994,652.83

---

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     14,973.00

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b      $     14,973.00

**Fill in this information to identify the case:**

Debtor name   **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Liberty Bank** | **Checking** | **0633** | **$13,702.02** |
| 3.2. | **Liberty Bank** | **Money Market** | **1459** | **$23.64** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | **$13,725.66**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **Security Deposit for office lease with MKS 55 Capital, LLC via agent c/o KS Partners, LLC 150 East 58th Street, 21st Floor, New York, NY 10155** | **$30,800.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **PenangBenny Consulting, LLC**
Name
                                                Case number *(If known)* _____

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | **$30,800.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____**0.00**    -    _____**0.00**  = ....    **Unknown**
                        face amount         doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture for the conference rooms (tables and chairs) located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | | **$0.00** |
| **At least 2 desks located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | | **$0.00** |

Debtor    **PenangBenny Consulting, LLC**                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| **16 "high back" office chairs located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **Sofa for office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **Other miscellaneous office furniture located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| **One large TV installed on the wall near the main entrance of the office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **One large TV installed on the wall in an individual office located at 55 Capital Blvd. in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **2 Video conference equipment installed on the wall of at the office located at 55 Capital Blvd in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **Video conference equipment installed on the wall located at 10 Mark Lane in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **Used refrigerator at the office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **Two used microwaves at the office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **Multi-purpose copier machine at the office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **8+ Lenovo Thinkpad laptops at the office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **8+ wireless keyboards at the office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **8+ laptop docking stations at the office located at 55 Capital Boulevard in Rocky Hill, CT.** | **Unknown** | **$0.00** |
| **8+ monitors located at 55 Capital Boulevard in Rocky Hill,** | **Unknown** | **$0.00** |

Debtor    **PenangBenny Consulting, LLC**                          Case number *(If known)* _____
　　　　　　Name

**CT.**

| | | |
|---|---|---|
| **1 Lenovo ThinkPad P1 laptop.** | **Unknown** | **$0.00** |
| **1 Lenovo ThinkPadP51S laptop.** | **Unknown** | **$0.00** |
| **1 Lenovo ThinkPad X1 Yoga G3 Laptop.** | **Unknown** | **$0.00** |
| **1 Lenovo laptop docking station.** | **Unknown** | **$0.00** |
| **1 MacBook Pro laptop.** | **Unknown** | **$0.00** |
| **1 Cisco SG250-50HP-K9 network switch.** | **$0.00** | **$0.00** |
| **2+ Cox IP phone** | **$0.00** | **$0.00** |
| **Server Room located at the office located at 55 Capital Boulevard in Rocky Hill, CT: Cox fiber high speed internet, IT server equipment, network switch, network storage, video monitoring device with 5-6 surveillance cameras, electronic key card controller for server with 8 keycard readers.** | **Unknown** | **$0.00** |
| **Located at 10 Mark Lane Rocky Hill, CT 06067: 1 MacBook Pro; 1 Lenovo Laptop; Cox fiber high speed internet, IT server equipment, network switch, network storage, video monitoring device with  surveillance cameras, electronic key card controller for server with keycard readers.** | **Unknown** | **$0.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
　　　books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
　　　collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

| | |
|---|---|
| Add lines 39 through 42.  Copy the total to line 86. | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
　　　☐ No
　　　■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■ No.  Go to Part 9.
　　☐ Yes Fill in the information below.

Debtor   **PenangBenny Consulting, LLC**                    Case number *(If known)* _____
_____
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lease at 55 Capital Boulevard, 2nd Floor, Rocky Hill, CT.** | | Unknown | | Unknown |

56.   **Total of Part 9.**

| | |
|---|---|
| Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites**<br>**PENANGBENNY.COM was utilized by the Debtor** | Unknown | | $0.00 |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

Debtor    **PenangBenny Consulting, LLC**        Case number *(If known)* _____
       Name

**66.**    **Total of Part 10.**

| | |
|---|---|
| | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☐ No
     ■ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
     Description (include name of obligor)
     **A $4,000.00 loan was given to former employee Anas S. Bukhari on 6/2/2021.  A balance of $1,500.00 remains.  Upon information and belief, it was transferred to TanRC.**

     **1,500.00** - **0.00** =
     Total face amount    doubtful or uncollectible amount

                                      **$1,500.00**

**72.**    **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)
     **Upon information and belief, non-taxable income from forgiveness of PPP Loan.**

     Tax year _____      **Unknown**

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **Against Alan Tan, SecurKart LLC, TanRC, and/or other entities related to the unauthorized transfers.**      **$948,627.17**
     Nature of claim
     Amount requested      **$0.00**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **PenangBenny Consulting, LLC**
_____
Name

Case number *(If known)* _____

78.    **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$950,127.17** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **PenangBenny Consulting, LLC**
        Name

Case number *(If known)* _____

---

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,725.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $950,127.17 | |
| 91. **Total.** Add lines 80 through 90 for each column | $994,652.83  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $994,652.83 |

**Fill in this information to identify the case:**

Debtor name    **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1  MKS 55 Capital, LLC**
Creditor's Name

**c/o KS Partners, LLC**
**150 East 58th Street**
**21st Floor**
**New York, NY 10155**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/22/2023**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Liberty Bank - Money Market - Acct# 1459**

**Describe the lien**
**Garnishment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$0.00**    Value of collateral: **$23.64**

**2.2  MKS 55 Capital, LLC**
Creditor's Name

**c/o KS Partners, LLC**
**150 East 58th Street**
**21st Floor**
**New York, NY 10155**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/22/2023**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Liberty Bank - **Checking - Acct# 0633**

**Describe the lien**
**Garnishment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: $0.00    Value of collateral: $13,702.02

Debtor  **PenangBenny Consulting, LLC**
Name

Case number (if known)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **MKS 55 Capital, LLC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Lease at 55 Capital Boulevard, 2nd Floor, Rocky Hill, CT.** | | |

**c/o KS Partners, LLC**
**150 East 58th Street**
**21st Floor**
**New York, NY 10155**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$0.00** |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alan Tan** **10 Mark Lane** **Rocky Hill, CT 06067** | Line __2.1__ | |
| **Alan Tan** **10 Mark Lane** **Rocky Hill, CT 06067** | Line __2.2__ | |
| **Alan Tan** **10 Mark Lane** **Rocky Hill, CT 06067** | Line __2.3__ | |
| **Arthur O'Neil, Esq.** **47 LOWER BOULEVARD** **Arthur.oneill.esq@gmail.com** **New London, CT 06320** | Line __2.1__ | |
| **Arthur O'Neil, Esq.** **47 Lower Boulevard** **New London, CT 06320** | Line __2.2__ | |

Debtor    **PenangBenny Consulting, LLC**
_____
Name

Case number (*if known*)    _____

**Arthur O'Neil, Esq.**
**47 LOWER BOULEVARD**
**Arthur.oneill.esq@gmail.com**
**New London, CT 06320**

Line    **2.3**

**Fill in this information to identify the case:**

Debtor name    **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**LEADING TO UNLOCK, LLC**<br>**105 TURNPIKE ROAD**<br>**Somers, CT 06071**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**MKS 55 Capital, LLC**<br>**c/o KS Partners, LLC**<br>**150 East 58th Street**<br>**21st Floor**<br>**New York, NY 10155**<br><br>Date(s) debt was incurred  **July 30, 2019**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Rose Kallor, LLP**<br>**750 Main Street**<br>**Suite 309**<br>**Hartford, CT 06103**<br><br>Date(s) debt was incurred  **1/1/2023-5/30/2023**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Legal Services rendered.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,973.00** |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

Debtor  **PenangBenny Consulting, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **c/o Denise P. Lucchio, Esq.**<br>**Rogin Nassau, LLC**<br>**CityPlace I, 22nd Floor**<br>**185 Asylum Street**<br>**Hartford, CT 06103-3460** | Line  **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2  **c/o KS Partners, LLC**<br>**500 Enterprise Drive**<br>**Rocky Hill, CT 06067** | Line  **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3  **Christopher J. Picard, Esq.**<br>**Neubert, Pepe & Monteith, PC**<br>**195 Church Street**<br>**13th Floor**<br>**New Haven, CT 06510** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4  **Eric S. Parker, Esq.**<br>**41 New Britain Avenue**<br>**Rocky Hill, CT 06067** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5  **Gail R. Kulas**<br>**105 Turnpike Raod**<br>**Somers, CT 06071** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6  **Rose Kallor, LLP**<br>**750 Main Street**<br>**Suite 309**<br>**Hartford, CT 06103** | Line  **3.3**<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+** $ | 14,973.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 14,973.00 |

**Fill in this information to identify the case:**

Debtor name  **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for office space located at 55 Capital Boulevard in Rocky Hill, CT.** | |
| State the term remaining | **3+ Years** | **MKS 55 Capital, LLC c/o KS Partners, LLC 150 East 58th Street 21st Floor New York, NY 10155** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name          **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Tan2000 Intern'l Reg. Corp.** | **55 Capital Boulevard 2nd Floor Rocky Hill, CT 06067 Guarantor on Lease of office space located 55 Captial Boulevard in Rocky Hill, CT.** | **MKS 55 Capital, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **The Tan2000 Int. Reg. Corp.** | **55 Capital Boulevard 2nd Floor Rocky Hill, CT 06067 Guarantor to Lease held by Creditor.** | **MKS 55 Capital, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **The Tan2000 Int. Reg. Corp.** | **55 Capital Boulevard 2nd Floor Rocky Hill, CT 06067 Guarantor on lease held by Creditor.** | **MKS 55 Capital, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **The Tan2000 Int. Reg. Corp.** | **55 Capital Boulevard 2nd Floor Rocky Hill, CT 06067 Guarantor on lease held by Creditor.** | **MKS 55 Capital, LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **PenangBenny Consulting, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,788,344.67** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$9,789.36** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$2,240,257.00** |
| **For the fiscal year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$2,762,635.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **None** | **$0.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **None** | **Unknown** |

Debtor   **PenangBenny Consulting, LLC**  _____   Case number *(if known)* _____

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:** From **1/01/2020** to **12/31/2020** | **None** | **Unknown** |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Alan Tan 10 Mark Lane Rocky Hill, CT 06067 Fromer Member** | **6/3/2022** | **$185,810.37** | **Repayment of Loan.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor **PenangBenny Consulting, LLC** _____  Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **PenangBenny v. Eversource Energy Service Company**<br>**HHD-CV-20-6132641-S** | **Breach of Contract** | **Hartford Superior Court**<br>**95 Washington Street**<br>**Hartford, CT 06106** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Leading to Unlock LLC v. Tan200 International Regulatory Corp, et al.**<br>**HHD-CV-22-5074579-S** | **Breach of Contract** | **Hartford Superior Court**<br>**95 Washington Street**<br>**Hartford, CT 06106** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **MKS 55 Capital, LC v. PenangBenny**<br>**NBH-CV-23-6009871-S** | **Breach of contract; Breach of lease; eviction** | **New Britain Superior Court**<br>**20 Franklin Square**<br>**New Britain, CT 06051** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **MKS 55 Capital, LC v. PenangBennyi**<br>**NBH-CV-23-6009963-S** | **Breach of contract; Breach of lease; eviction** | **New Britain Superior Court**<br>**20 Franklin Square**<br>**New Britain, CT 06051** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **In Matter of PenangBenny v. Eversource Energy Service Company** | **Civil** | **International Institute for Conflict** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **MKS 55 CAPITAL, LLC v. PENANGBENNY CONSULTING LLC Et Al**<br>**NBH-CV23-6010125-S** | **Breach of Contract/Lease; eviction** | **New Britain Superior Court**<br>**20 Franklin Square**<br>**New Britain, CT 06051** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **MKS 55 CAPITAL, LLC v. PENANGBENNY CONSULTING LLC Et Al**<br>**NBH-CV23-6010131-S** | **Breach of contract/lease; eviction** | **New Britain Superior Court**<br>**20 Franklin Square**<br>**New Britain, CT 06051** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor  **PenangBenny Consulting, LLC** _____     Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Please see #13.5-13.6 below.** | | | **$0.00** |

---

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **McCarter & English, LLP**<br>**Four Gateway Center**<br>**100 Mulberry Street**<br>**Attn: Lisa Bonsall, Esq.**<br>**Newark, NJ 07102** | | **1/24/2023** | **$20,000.00** |
| **Email or website address**<br>**https://www.mccarter.com/** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1  **TanRC Affiliate Services Corp.**<br>**55 Capital Boulevard**<br>**Suite 203**<br>**Rocky Hill, CT 06067** | | **On or about 1/11/2021** | **$225,582.62** |
| **Relationship to debtor** | | | |

Debtor   **PenangBenny Consulting, LLC** _____   Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2. | **LEADING TO UNLOCK, LLC**<br>**105 TURNPIKE ROAD**<br>**Somers, CT 06071** | | **On or about**<br>**1/11/2021** | **$46,711.99** |
| | Relationship to debtor | | | |
| 13.3. | **Mike LaChance Construction**<br>**211 Boston Road**<br>**Middletown, CT 06457** | **Transfers for construction of storage**<br>**facility: see Alan Tan for details.** | **On or about**<br>**July 30, 2019**<br>**to December**<br>**15, 2020** | **$392,601.24** |
| | Relationship to debtor | | | |
| 13.4. | **Various Vendors and**<br>**Contractors** | **Transfers for construction of storage**<br>**facility: see Alan Tan for details.** | **On or about**<br>**2019-2022** | **Unknown** |
| | Relationship to debtor | | | |
| 13.5. | **SecurKart, LLC**<br>**55 Capital Boulevard**<br>**2nd Floor**<br>**Rocky Hill, CT 06067** | **Transfer by son (Alan Tan).** | **5/25/2022** | **$448,627.17** |
| | Relationship to debtor | | | |
| 13.6. | **TanRC Affiliate Services**<br>**Corp.**<br>**55 Capital Boulevard**<br>**Suite 203**<br>**Rocky Hill, CT 06067** | **Transfer by son (Alan Tan).** | **5/25/2022** | **$500,000.00** |
| | Relationship to debtor | | | |
| 13.7. | **Alan Tan**<br>**10 Mark Lane**<br>**Rocky Hill, CT 06067** | **Transfer by son for repayment of loan.** | **6/3/2022** | **$185,810.37** |
| | Relationship to debtor<br>Former member. | | | |
| 13.8. | **Loon-Kar Tan**<br>**142 Bailey Road**<br>**Rocky Hill, CT 06067-2212** | **Repayment of loan** | **5/27/2022** | **$238,648.49** |
| | Relationship to debtor | | | |

**Part 7:**   Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **PenangBenny Consulting, LLC** _____   Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **55 Capital Boulevard 2nd Floor Rocky Hill, CT 06067** | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Liberty Bank 315 Main Street Middletown, CT 06457** | **XXXX-8943** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **August 2022** | **$32,721.01** |

Debtor    **PenangBenny Consulting, LLC**    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Citizens Bank**<br>**PO Box 7000**<br>**Providence, RI 02940** | XXXX-243-9 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2022** | **$0.60** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Residence**<br>**10 Mark Lane**<br>**Rocky Hill, CT 06067** | **Alan Tan - 10 Mark Lane**<br>**Rocky Hill, CT** | **Upon information and belief, certain of the Debtor's business records and equipment.** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

Debtor    **PenangBenny Consulting, LLC**                                    Case number *(if known)*

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jerold John**<br>**jjohntax@comcast.net**<br>**(860) 658-1670** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Alan Tan**<br>**10 Mark Lane**<br>**Rocky Hill, CT 06067** | |
| 26c.2.   **Jerold John**<br>**jjohntax@comcast.net**<br>**(860) 658-1670** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor   **PenangBenny Consulting, LLC** _____   Case number *(if known)* _____

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Loon-Kar Tan | 142 Bailey Road<br>Rocky Hill, CT 06067-2212 | Managing Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Alan Tan | 10 Mark Lane<br>Rocky Hill, CT 06067 | 50% interest.<br><br>Chief Operating Officer and Managing Member of the Debtor. | Inception to November 10, 2022 (date withdrawal became effective). |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Alan Tan<br>10 Mark Lane<br>Rocky Hill, CT 06067 | $185,810.37 | 6/3/2022 | Repayment of loan. |
| | Relationship to debtor<br>Former Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **9**

Debtor  **PenangBenny Consulting, LLC**                                    Case number *(if known)*

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/01/2023**

**/s/ Loon-Kar Tan**                                    **Loon-Kar Tan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re   **PenangBenny Consulting, LLC** _____  Case No. _____
                                                    Debtor(s)                    Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................  $ _____ **20,000.00**

    Prior to the filing of this statement I have received ........................  $ _____ **20,000.00**

    Balance Due ........................................................................  $ _____ **0.00**

2.  $ __**338.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required; and,
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Any representation of the debtor in adversary proceedings and other contested matters.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**06/01/2023**
_____
_Date_

**/s/MarcAnthony Bonanno**   **(CT30993)**
_____
**MarcAnthony Bonanno**
_Signature of Attorney_
**McCarter & English, LLP**
**CityPlace I**
**185 Asylum St.**
**212-609-6801  Fax: 212-609-6921**
_____
_Name of law firm_

# United States Bankruptcy Court
## District of Connecticut

In re   **PenangBenny Consulting, LLC**                          Case No. _____

                                    Debtor(s)        Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **06/01/2023**                          **/s/ Loon-Kar Tan**
        _____                      _____
                                                **Loon-Kar Tan/Managing Member**
                                                Signer/Title

Alan Tan
10 Mark Lane
Rocky Hill, CT 06067


Alan Tan
10 Mark Lane
Rocky Hill, CT 06067


Alan Tan
10 Mark Lane
Rocky Hill, CT 06067


Arthur O'Neil, Esq.
47 LOWER BOULEVARD
Arthur.oneill.esq@gmail.com
New London, CT 06320


Arthur O'Neil, Esq.
47 Lower Boulevard
New London, CT 06320


Arthur O'Neil, Esq.
47 LOWER BOULEVARD
Arthur.oneill.esq@gmail.com
New London, CT 06320


c/o Denise P. Lucchio, Esq.
Rogin Nassau, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460


c/o KS Partners, LLC
500 Enterprise Drive
Rocky Hill, CT 06067


Christopher J. Picard, Esq.
Neubert, Pepe & Monteith, PC
195 Church Street
13th Floor
New Haven, CT 06510


Eric S. Parker, Esq.
41 New Britain Avenue
Rocky Hill, CT 06067

Gail R. Kulas
105 Turnpike Raod
Somers, CT 06071


LEADING TO UNLOCK, LLC
105 TURNPIKE ROAD
Somers, CT 06071


Liberty Bank
245 Long Hill Road
P.O. Box 2700
Middletown, CT 06457


Liberty Bank
315 Main Street
P.O. Box 2700
Middletown, CT 06457


MKS 55 Capital, LLC
c/o KS Partners, LLC
150 East 58th Street
21st Floor
New York, NY 10155


MKS 55 Capital, LLC
c/o KS Partners, LLC
150 East 58th Street
21st Floor
New York, NY 10155


MKS 55 Capital, LLC
c/o KS Partners, LLC
150 East 58th Street
21st Floor
New York, NY 10155


MKS 55 Capital, LLC
c/o KS Partners, LLC
150 East 58th Street
21st Floor
New York, NY 10155


MKS 55 Capital, LLC
c/o KS Partners, LLC
150 East 58th Street
21st Floor
New York, NY 10155

```
Rose Kallor, LLP
750 Main Street
Suite 309
Hartford, CT 06103


Rose Kallor, LLP
750 Main Street
Suite 309
Hartford, CT 06103


Tan2000 Intern'l Reg. Corp.
55 Capital Boulevard
2nd Floor
Rocky Hill, CT 06067


The Tan2000 Int. Reg. Corp.
55 Capital Boulevard
2nd Floor
Rocky Hill, CT 06067


The Tan2000 Int. Reg. Corp.
55 Capital Boulevard
2nd Floor
Rocky Hill, CT 06067


The Tan2000 Int. Reg. Corp.
55 Capital Boulevard
2nd Floor
Rocky Hill, CT 06067
```

# United States Bankruptcy Court
## District of Connecticut

In re   **PenangBenny Consulting, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PenangBenny Consulting, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**06/01/2023**

Date

/s/ MarcAnthony Bonanno

**MarcAnthony Bonanno**

Signature of Attorney or Litigant

Counsel for   **PenangBenny Consulting, LLC**

**McCarter & English, LLP**
**CityPlace I**
**185 Asylum St.**
**Hartford, CT 06103**
**212-609-6801 Fax:212-609-6921**

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, I hereby certify that on June 1, 2023, a copy of the foregoing Debtor's Chapter 7 Voluntary Bankruptcy Petition, and supporting schedules and filings, was filed electronically. Notice of the foregoing filing and this Certificate of Service will be sent by email (where applicable), first-class mail, and Overnight Fedex Priority delivery to the following parties:

**MKS 55 Capital, LLC**
c/o KS Partners, LLC
150 East 58th Street
21st Floor
New York, NY 10155

**MKS 55 Capital, LLC**
c/o KS Partners, LLC
500 Enterprise Drive
Rocky Hill, CT 06067

**MKS 55 Capital, LLC**
c/o Denis P. Lucchio, Esq.
Rogin Nassau, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103
DLucchio@roginlaw.com

**Leading to Unlock, LLC**
105 Turnpike Road
Somers, CT 06071

**Leading to Unlock, LLC**
c/o Gail R. Kulas
105 Turnpike Road
Somers, CT 06071

**Leading to Unlock, LLC**
c/o Eric S. Parker, Esq.
41 New Britain Avenue
Rocky Hill, CT 06067
ep@romanoparker.com

**Leading to Unlock, LLC**
c/o Christopher J. Picard, Esq.
Neubert, Pepe & Monteith, PC
195 Church Street
13th Floor
New Haven, CT 06067
cpicard@npmlaw.com

**The Tan2000 International Regulatory Corporation**
55 Capital Boulevard
2nd Floor
Rocky Hill, CT 06067

**TanRC Affiliate Services Corp.**
55 Capital Boulevard
Suite 203
Rocky Hill, CT 06067

**SecurKart, LLC**
55 Capital Boulevard
Suite 203
Rocky Hill, CT 06067

**Alan Tan**
10 Mark Lane
Rocky Hill, CT 06067
Alan.Tan@tanrc.org
alantan2009@gmail.com

ME1 44356817v.1

**Arthur O'Neill, Esq.**
47 Lower Boulevard
New London, CT 06320
Arthur.oneill.esq@gmail.com


**Liberty Bank**
315 Main Street
P.O. Box 2700
Middletown, CT 06457


**Liberty Bank**
245 Long Hill Road
P.O. Box 2700
Middletown, CT 06457

**Rose Kallor, LLP**
Attn: Michael Rose, Esq.
750 Main Street
Suite 309
Hartford, CT 06103
MRose@rosekallor.com

**Rose Kallor, LLP**
Attn: Andrew B.F. Carnabuci, Esq.
750 Main Street
Suite 309
Hartford, CT 06103
ACarnabuci@rosekallor.com


_/s/MarcAnthony Bonanno, Esq._
MarcAnthony Bonanno, Esq.
(ct30993)